**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: FURST, JAMES M | § Case No. 13-81984 |
|     FURST, LISA S. | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　U.S. Courthouse
　　327 South Church Street
　　Room 1100
　　Rockford, IL  61101

　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 01/29/2014 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: __/ /_____　　By: ___/s/ STEPHEN G. BALSLEY_____
　　　　　　　　　　　　　　　　　　　　Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: FURST, JAMES M | § | Case No. 13-81984 |
| FURST, LISA S. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 14,000.00 |
| *and approved disbursements of* | $ 2,176.03 |
| *leaving a balance on hand of* [1] | $ 11,823.97 |
| **Balance on hand:** | $ 11,823.97 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 11,823.97 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 2,150.00 | 0.00 | 2,150.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 3,320.50 | 0.00 | 3,320.50 |
| Accountant for Trustee, Fees - McGladrey LLP | 1,751.25 | 1,751.25 | 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,470.50 |
| Remaining balance: | $ 6,353.47 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 6,353.47 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,377.26 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Illinois Department of Revenue | 2,160.00 | 0.00 | 1,860.24 |
| 4P | Department of Treasury Internal Revenue Service | 5,217.26 | 0.00 | 4,493.23 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 6,353.47 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,002.10 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 16,654.27 | 0.00 | 0.00 |
| 2U | Illinois Department of Revenue | 216.00 | 0.00 | 0.00 |
| 3 | PYOD, LLC its successors and assigns as assignee | 18,081.12 | 0.00 | 0.00 |
| 4U | Department of Treasury Internal Revenue Service | 116.98 | 0.00 | 0.00 |
| 5 | Quantum3 Group LLC as agent for | 515.08 | 0.00 | 0.00 |
| 6 | Illinois Bell Telephone Company | 285.89 | 0.00 | 0.00 |
| 7 | Capital One, N.A. | 3,132.76 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-81984-TML
James M Furst                                                           Chapter 7
Lisa S. Furst
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez          Page 1 of 2          Date Rcvd: Dec 31, 2013
                              Form ID: pdf006        Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 02, 2014.
```
db/jdb     +James M Furst,    Lisa S. Furst,    9309 Shadow Lane,    Bull Valley, IL 60097-9463
20545584    CARSONS,    P O BOX 659813,    SAN ANTONIO, TX 78265-9113
20545585   +CITI MASTERCARD,    C/O UNITED COLLECTION BUREAU,    5620 SOUTHWYCK BLVD #206,
             TOLEDO, OH 43614-1501
20545586    CITIBANK - SEARS,    C/O BLATT HASENMILLER LEIBSKER,    124 S WACKER DR #400,   CHICAGO, IL 60606
21016459    Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20545588   +GMAC,    c/o CODILIS & ASSOCIATES,    15W030 N FRONTAGE RD,    BURR RIDGE IL 60527-6921
20545589   +HOME DEPOT,    DEPT 32-2021515170,    P O BOX 183175,    COLUMBUS, OH 43218-3175
20545594   ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court: State of Illinois,    Springfield, IL 62726-0001)
20846365    Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,   Chicago IL 60664-0338
20545592    Len LiPetri,    Palatine, Illinois
20545593   +MENARDS,   C/O HSBC,    P O BOX 4144,    CAROL STREAM, IL 60197-4144
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20545583   +E-mail/Text: ally@ebn.phinsolutions.com Dec 31 2013 23:15:05     ALLY,   P O BOX 380902,
             BLOOMINGTON, MN 55438-0902
20545587   +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 31 2013 23:27:13     DISCOVER,   P O BOX 6103,
             CAROL STREAM, IL 60197-6103
20894917    E-mail/Text: cio.bncmail@irs.gov Dec 31 2013 23:15:20
             Department of Treasury  Internal Revenue Service,    P O Box 7346,   Philadelphia, PA  19101-7346
20836624    E-mail/PDF: mrdiscen@discoverfinancial.com Dec 31 2013 23:27:13     Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
20545590    E-mail/Text: cio.bncmail@irs.gov Dec 31 2013 23:15:20     Internal Revenue Service,
             Kansas City, MO 64999
20953245   +E-mail/Text: g17768@att.com Dec 31 2013 23:15:09     Illinois Bell Telephone Company,
             % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
             Bedminster, NJ 07921-2693
20545591    E-mail/Text: bnckohlsnotices@becket-lee.com Dec 31 2013 23:15:14     KOHLS,   P O BOX 2983,
             MILWAUKEE WI 53201-2983
20849920   +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 31 2013 23:19:14
             PYOD, LLC its successors and assigns as assignee,     of Citibank, N.A.,
             Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
20939461    E-mail/Text: bnc-quantum@quantum3group.com Dec 31 2013 23:15:38
             Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA  98083-0788
                                                                                             TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20545595   ##U S DEPT OF EDUCATION,    C/O DIRECT LOANS,    P O BOX 5202,   GREENVILLE, TX 75403-5202
                                                                                             TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2014                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-3          User: cshabez            Page 2 of 2            Date Rcvd: Dec 31, 2013
                              Form ID: pdf006          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2013 at the address(es) listed below:

```
              Carole J. Ryczek    on behalf of Trustee Stephen G Balsley carole.ryczek@usdoj.gov
              Gloria C  Tsotsos    on behalf of Creditor   Ocwen Loan Servicing, LLC nd-two@il.cslegal.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Scott W. Brammer    on behalf of Debtor James M Furst holeinwon66@hotmail.com
              Scott W. Brammer    on behalf of Joint Debtor Lisa S. Furst holeinwon66@hotmail.com
              Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,   IL47@ecfcbis.com
              Stephen G Balsley    on behalf of Accountant Patrick  Shaw sbalsley@bslbv.com,   IL47@ecfcbis.com
              Stephen G Balsley    sbalsley@bslbv.com,   IL47@ecfcbis.com
                                                                                             TOTAL: 8
```