**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: FURST, JAMES M § Case No. 13-81984
FURST, LISA S. §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $362,307.82 *(without deducting any secured claims)* | Assets Exempt: $57,544.51 |
| Total Distribution to Claimants: $6,353.47 | Claims Discharged Without Payment: $95,896.90 |
| Total Expenses of Administration: $7,646.53 | |

    3) Total gross receipts of $ 14,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $14,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $294,351.31 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,646.53 | 7,646.53 | 7,646.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 7,535.00 | 7,377.26 | 7,377.26 | 6,353.47 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 93,859.32 | 39,002.10 | 39,002.10 | 0.00 |
| **TOTAL DISBURSEMENTS** | $395,745.63 | $54,025.89 | $54,025.89 | $14,000.00 |

4) This case was originally filed under Chapter 7 on May 30, 2013. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/25/2014          By: /s/STEPHEN G. BALSLEY
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Furst Concrete Solutions, Inc. | 1129-000 | 14,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$14,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | ALLY | 4110-000 | 23,373.31 | N/A | N/A | 0.00 |
| NOTFILED | GMAC c/o CODILIS & ASSOCIATES | 4110-000 | 270,978.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$294,351.31** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 2,150.00 | 2,150.00 | 2,150.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 3,320.50 | 3,320.50 | 3,320.50 |
| McGladrey LLP | 3310-000 | N/A | 1,751.25 | 1,751.25 | 1,751.25 |
| Rabobank, N.A. | 2600-000 | N/A | 10.73 | 10.73 | 10.73 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 19.45 | 19.45 | | 19.45 |
| Rabobank, N.A. | 2600-000 | N/A | 22.10 | 22.10 | | 22.10 |
| Illinois Department of Revenue | 2820-000 | N/A | 177.00 | 177.00 | | 177.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 177.00 | 177.00 | | 177.00 |
| Rabobank, N.A. | 2600-000 | N/A | 18.50 | 18.50 | | 18.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,646.53 | $7,646.53 | | $7,646.53 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Illinois Department of Revenue | 5800-000 | 2,272.00 | 2,160.00 | 2,160.00 | 1,860.24 |
| 4P | Department of Treasury Internal Revenue Service | 5800-000 | 5,263.00 | 5,217.26 | 5,217.26 | 4,493.23 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $7,535.00 | $7,377.26 | $7,377.26 | $6,353.47 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 16,348.50 | 16,654.27 | 16,654.27 | 0.00 |
| 2U | Illinois Department of Revenue | 7100-000 | N/A | 216.00 | 216.00 | 0.00 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 18,081.12 | 18,081.12 | 18,081.12 | 0.00 |
| 4U | Department of Treasury Internal Revenue Service | 7100-000 | N/A | 116.98 | 116.98 | 0.00 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | 425.93 | 515.08 | 515.08 | 0.00 |
| 6 | Illinois Bell Telephone Company | 7100-000 | N/A | 285.89 | 285.89 | 0.00 |
| 7 | Capital One, N.A. | 7100-000 | 3,132.76 | 3,132.76 | 3,132.76 | 0.00 |
| NOTFILED | U S DEPT OF EDUCATION C/O DIRECT LOANS | 7100-000 | 26,728.85 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | MENARDS C/O HSBC | 7100-000 | 6,683.25 | N/A | N/A | 0.00 |
| NOTFILED | CITIBANK - SEARS C/O BLATT HASENMILLER | 7100-000 | 12,150.14 | N/A | N/A | 0.00 |
| NOTFILED | HOME DEPOT | 7100-000 | 10,308.77 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$93,859.32** | **$39,002.10** | **$39,002.10** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-81984  
**Case Name:** FURST, JAMES M  
FURST, LISA S.  
**Period Ending:** 04/25/14

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 05/30/13 (f)  
**§341(a) Meeting Date:** 07/01/13  
**Claims Bar Date:** 11/01/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Residence 9309 Shadow Lane Bull Valley, IL 60097 | 309,993.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on hand Bull Valley, Illinois | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account #0210002648 Golden Eagle Bank P | 872.63 | 0.00 | | 0.00 | FA |
| 4 | Home Furnishings Residence | 1,400.00 | 0.00 | | 0.00 | FA |
| 5 | Electronics (TV, games, players, phones, CDs) Re | 1,100.00 | 0.00 | | 0.00 | FA |
| 6 | Small kitchen appliances, dishes, etc. Residence | 275.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Wedding Ring | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Fishing tackle, rods, bikes Residence | 275.00 | 0.00 | | 0.00 | FA |
| 10 | IMRF Illinois Municipal Retirement Fund | 5,469.19 | 0.00 | | 0.00 | FA |
| 11 | Furst Concrete Solutions, Inc.  See Order to Sell Corporate Stock entered August 19, 2013. | Unknown | 14,000.00 | | 14,000.00 | FA |
| 12 | Business Accounts Receivable Furst Concrete Solu | 1,650.00 | 0.00 | | 0.00 | FA |
| 13 | Client list for business Residence | 750.00 | 0.00 | | 0.00 | FA |
| 14 | 2006 DODGE RAM | 28,211.00 | 0.00 | | 0.00 | FA |
| 15 | 2005 DODGE RAM | 4,742.00 | 0.00 | | 0.00 | FA |
| 16 | Boat, trailer, kayaks Residence | 1,150.00 | 0.00 | | 0.00 | FA |
| 17 | Business Inventory Furst Concrete Solutions, Inc | 770.00 | 0.00 | | 0.00 | FA |
| 18 | Lawn equipment | 825.00 | 0.00 | | 0.00 | FA |
| 19 | Miscellaneous personal property Residence | 1,000.00 | 0.00 | | 0.00 | FA |
| 20 | Washer & dryer | 825.00 | 0.00 | | 0.00 | FA |
| **20** | **Assets** **Totals** (Excluding unknown values) | **$362,307.82** | **$14,000.00** | | **$14,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Printed: 04/25/2014 11:21 AM   V.13.14

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-81984  
**Case Name:** FURST, JAMES M  
FURST, LISA S.  
**Period Ending:** 04/25/14

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 05/30/13 (f)  
**§341(a) Meeting Date:** 07/01/13  
**Claims Bar Date:** 11/01/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2013  **Current Projected Date Of Final Report (TFR):** December 9, 2013 (Actual)

Printed: 04/25/2014 11:21 AM    V.13.14

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-81984  
**Case Name:** FURST, JAMES M  
FURST, LISA S.  
**Taxpayer ID #:** **-***8893  
**Period Ending:** 04/25/14  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7466 - Checking Account  
**Blanket Bond:** $736,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/13/13 | {11} | James M. Furst | Bankruptcy Estate's interest in Furst Concrete Solutions, Inc. pursuant to Order to Sell Corporate Stock entered August 19, 2013 | 1129-000 | 14,000.00 | | 14,000.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.73 | 13,989.27 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.45 | 13,969.82 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.10 | 13,947.72 |
| 11/11/13 | 101 | Illinois Department of Revenue | IL-1041 (James Furst) Tax Yr Ending 09/13; FEIN 30-6388893 | 2820-000 | | 177.00 | 13,770.72 |
| 11/11/13 | 102 | Illinois Department of Revenue | IL-1041 (Lisa Furst) Tax Yr. Ending 09/13; FEIN 30-6388893 | 2820-000 | | 177.00 | 13,593.72 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.50 | 13,575.22 |
| 12/10/13 | 103 | McGladrey LLP | Accountant Fees; See Order to Pay Accountant entered 12/9/13 | 3310-000 | | 1,751.25 | 11,823.97 |
| 01/29/14 | 104 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $3,320.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,320.50 | 8,503.47 |
| 01/29/14 | 105 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $2,150.00, Trustee Compensation;  Reference: | 2100-000 | | 2,150.00 | 6,353.47 |
| 01/29/14 | 106 | Illinois Department of Revenue | Dividend paid 86.12% on $2,160.00; Claim# 2P; Filed: $2,160.00; Reference: | 5800-000 | | 1,860.24 | 4,493.23 |
| 01/29/14 | 107 | Department of Treasury Internal Revenue Service | Dividend paid 86.12% on $5,217.26; Claim# 4P; Filed: $5,217.26; Reference: | 5800-000 | | 4,493.23 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 14,000.00 | 14,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 14,000.00 | 14,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,000.00** | **$14,000.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******7466 | 14,000.00 | 14,000.00 | 0.00 |
| | **$14,000.00** | **$14,000.00** | **$0.00** |

{} Asset reference(s)

Printed: 04/25/2014 11:21 AM    V.13.14